United States Bankruptcy Court
District of Massachusetts

| | |
|---|---|
| In re: | Case No. 24-12623-jeb |
| David Andrew Cataldo | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0101-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Jan 27, 2025 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + David Andrew Cataldo, 6 Water St., East Weymouth, MA 02189-2906 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2025            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Gary W. Cruickshank | gwc@cruickshank-law.com  ma09@ecfcbis.com |
| Patrick L. Mead | on behalf of Debtor David Andrew Cataldo meadlawoffices@gmail.com meadlaw.341.docs@gmail.com;meadpr78980@notify.bestcase.com |
| Richard King - B | USTPRegion01.BO.ECF@USDOJ.GOV |

TOTAL: 3



UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: | David Andrew Cataldo | Ch. 7 |
| | | 24-12623-JEB |
| | Debtor | |

**Order**

**MATTER:**

#10 Motion filed by Debtor David Andrew Cataldo to Extend Time to File Documents [Re: 4 Order to Update]

Granted. The deadline is extended to and including **January 28, 2025**. If the Debtor fails to timely file the documents, the case may be dismissed without further notice.

Dated: 01/27/2025

By the Court,

Janet E. Bostwick
United States Bankruptcy Judge